IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARIBBEAN PETROLEUM LP, | ) | Chapter 11 |
| | ) | Bankruptcy Case No. 01-11657 |
| Debtor, | ) | Bk. Adv. 03-60026 |
| | ) | (Jointly Administered) |
| | ) | |
| HERNAN SERRANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-443 |
| | ) | |
| RAM ZEEVI, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

At Wilmington this 31st day of March, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment (Bk. Adv. 03-60026, D.I. 6) is granted.

2. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

_____
United States District Judge