IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CARIBBEAN PETROLEUM, LP,<br>et al.,<br><br>      Debtors. | ) Chapter 11<br>) Bk. No. 01-11657(PJW)<br>) Jointy Administered<br>)<br>) |
| HERNAN SERRANO,<br><br>      Plaintiff,<br><br>    v.<br><br>RAM ZEEVI,<br><br>      Defendant. | )<br>) Bk. Adv. No. 03-60026<br>)<br>)<br>) Civ. No. 04-443-SLR<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 31, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Ram Zeevi and against plaintiff Hernan Serrano.

                                                /s/ Sue L. Robinson
                                    United States District Judge

Dated: April 7, 2005

                                                /s/ Rosanna L. DiMeo
                                    (By) Deputy Clerk